LEONARD MORETTI, Respondent, *v.* MARY GULINO, Appellant.

Argued March 1, 1948; decided March 18, 1948.

*James A. McKaigney* for appellant.
*Harry P. Rich* and *Louis L. Resnick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.